**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-10523 |
| Plaintiff - Appellee, | D.C. No. 4:11-cr-03150-RCC |
| v. | |
| CARLOS NARANJO-YANEZ, a.k.a. Carlos Yanez, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Jack Zouhary, District Judge, Presiding**

Submitted January 21, 2014***

Before:     CANBY, SILVERMAN, and PAEZ, Circuit Judges.

Carlos Naranjo-Yanez appeals from the district court's judgment and

challenges his guilty-plea conviction and sentence of 13 months and one day for

---

\*       This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\*       The Honorable Jack Zouhary, United States District Judge for the
Northern District of Ohio, sitting by designation.

\*\*\*       The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

reentry after deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Naranjo-Yanez's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Naranjo-Yanez the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Naranjo-Yanez has waived his right to appeal his conviction. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). Naranjo-Yanez's appeal is moot with respect to his sentence because he has completed his custodial sentence and is not subject to a term of supervised release. *See United States v. Palomba*, 182 F.3d 1121, 1123 (9th Cir. 1999). We accordingly dismiss the appeal.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**